# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON and ADARA K. ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-05015-DSF-AFM<br><br>Honorable Dale S. Fischer<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: May 1, 2018 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties, the above-entitled action is hereby |
| 3 | dismissed in its entirety with prejudice as to all parties.  Each party shall bear his/her |
| 4 | or its own attorneys' fees and costs. |
| 5 | IT IS SO ORDERED. |
| 6 | DATED:  April 8, 2019 |

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE